# In the United States Court of Federal Claims

No. 17-1065T
(Filed: September 24, 2018)

|  |  |
|---|---|
| SHANE C. ROERS and LISA D. ROERS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**O R D E R**

The Plaintiffs' Unopposed Motion, filed on September 21, 2018 (ECF No. 20), to voluntarily dismiss the Plaintiffs' action and Plaintiffs' Amended Complaint pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims is **GRANTED**. The Clerk of the Court is to enter judgment accordingly.

**IT IS SO ORDERED**.

s/Nancy B. Firestone<br>
NANCY B. FIRESTONE<br>
Senior Judge